IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COX NUCLEAR PHARMACY, INC.,** ) | |
| ) | |
| **Plaintiff/Counter-Defendant,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 02-0321-CG-C** |
| ) | |
| **CTI, INC.,** ) | |
| ) | |
| **Defendant/Counter-Plaintiff.** ) | |

### FINAL JUDGMENT

In accordance with the summary judgment order entered herein (Doc.186) and the verdict of the jury returned on June 10, 2004, (attachment to Doc. 265) it is

**ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of defendant CTI, Inc. on all claims brought by the plaintiff Cox Nuclear Pharmacy, Inc., and those claims are hereby **DISMISSED WITH PREJUDICE**.

It is further **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the counter-plaintiff, CTI, INC., against the counter-defendant, Cox Nuclear Pharmacy, Inc., as to CTI's breach of contract claim, and CTI is awarded damages for lost profits in the amount of TWO HUNDRED SEVENTY-TWO THOUSAND EIGHTY dollars and 00 (no) cents ($272,080.00).

The jury found that CTI had not proved damages under the contract theory by a preponderance of the evidence; therefore, CTI's claims for damages under the contract theory are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of the counter-plaintiff, CTI, INC., against the counter-defendant, Cox Nuclear Pharmacy, Inc., and pre-judgment interest is awarded in the amount of FORTY-FOUR THOUSAND FIVE HUNDRED THIRTY-NINE dollars and NINETY-FOUR cents ($44,539.94).

**DONE and ORDERED** this 10th day of August, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE